**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com
Paul M. Hilkert – 028934
Email: paul.hilkert@lane-nach.com

Attorney for Eric M. Haley, Trustee and Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOHN F. ESPOSITO,<br><br>Debtor. | (Chapter 7 Case)<br><br>Case No. 2:12-bk-06101-GBN<br><br>Adversary No. 2:13-ap-00455-GBN<br><br>**CERTIFICATE OF SERVICE** |
| ERIC M. HALEY, CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>RITA ESPOSITO, or her successor(s), trustee of THE FRANK AND RITA ESPOSITO TRUST,<br><br>Defendant. | |

I, Sheila M. Rochin, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Plaintiff, hereby certify that on April 18, 2013, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, the original Summons and a copy of the Complaint, and such documents were mailed as follows:

Rita Esposito as Trustee of
The Frank and Rita Esposito Trust
3960 S. Higuera St.
San Luis Obispo, CA 93401

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

With a courtesy copy to:

Patricia McCann
Email: pmcann@yahoo.com.

DATED: April 18, 2013

                                    */s/ Sheila M. Rochin*
                                      Sheila M. Rochin